**Opinion issued February 26, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01-12-00472-CV

---

**JUNQI LI, Appellant**

**V.**

**HUI DU, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65411**

---

## MEMORANDUM OPINION

Appellant, Junqi Li, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). Appellant's brief was first due on October 1, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R.

APP. P. 42.3(b) (authorizing involuntary dismissal of appeal).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.